IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF
MISSOURI – SOUTHERN DISTRICT

| | |
|---|---|
| **Big Pop's Fresh Louisiana Seafood, LLC**, | )<br>) |
| Plaintiff, | )<br>) |
| Serve to: Monte Clithero<br>3315 E Ridgeview St<br>Suite 1000<br>Springfield, MO 65804 | )<br>)<br>)<br>)<br>)<br>) |
| v. | ) Case No. 20-3350 |
| **Bass Pro, LLC**, | )<br>) |
| Defendant, | )<br>) |
| Serve to: C T Corporation System<br>120 South Central Ave<br>Clayton, MO 63105 | )<br>)<br>)<br>)<br>) A jury trial is requested |

## COMPLAINT

COME NOW Plaintiff, Big Pop's Fresh Louisiana Seafood, LLC ("Big Pop's"), by and through their attorneys of record, and for their causes of action against Bass Pro, LLC ("Bass Pro"), allege and aver as follows:

### PARTIES

1. Plaintiff Big Pop's is a Louisiana Limited Liability Corporation, with its principal place of business located at 814 Sweetbriar St. Shreveport, LA 71105.

2. Defendant Bass Pro is a Delaware corporation with its principle place of business located at 2500 E Kearney St, Springfield, MO 65803.

### JURISDICTION AND VENUE

3. This Court has diversity jurisdiction over this matter under 28 U.S.C. §1332, as the Plaintiff and Defendant are both citizens of different states, by way of incorporation and their

principal place of business.

4. As a result of Defendants' actions, Plaintiff has suffered damages in excess of $75,000.00, the exact amount of which is to be determined at trial.

5. Venue is proper in this Court under 28 U.S.C. §1391, as the defendant's principle place of business is located in Springfield, Missouri, attached as Exhibit A, and incorporated herein by reference.

## FACTS

6. Plaintiff Big Pop's and Defendant Bass Pro entered into a Food Service Agreement, (the "Agreement") on August 1, 2016.

7. The term of the Agreement was for four years, beginning on August 1, 2016 and ending on July 31, 2020.

8. The Agreement states that Bass Pro has an obligation to order and purchase from Big Pop's a minimum of 150,000 pounds of alligator meat per year during the term of the agreement.

9. The Agreement states that the alligator meat shall be priced at $8.70 per pound, so long as Bass Pro's annual orders do not exceed 175,000 pounds.

## BREACH OF CONTRACT

Comes now Plaintiff Big Pop's and, as and for its complaint against Defendants Bass Pro, alleges and avers as follows:

10. Plaintiff restates, realleges, and hereby incorporates by reference, each and every allegation contained in Paragraphs 1 through 9 of this complaint as if set forth herein.

11. For each year of the Agreement's term, Bass Pro failed to purchase the minimum 150,000 pounds of alligator meat.

12. For the first year of the contract, August 1, 2016 to July 31, 2017, Bass Pro ordered

at most 93,256 pounds of alligator meat.

13. For the second year of the contract, August 1, 2017 to July 31, 2018, Bass Pro ordered at most 81,984 pounds of alligator meat.

14. For the third year of the contract, August 1, 2018 to July 31, 2019, Bass Pro ordered at most 67,200 pounds of alligator meat.

15. For the fourth year of the contract, August 1, 2019 to July 31, 2020, Bass Pro ordered at most 40,992 pounds of alligator meat.

16. Accordingly, Bass Pro breached the Agreement with Big Pop's, failing to purchase at least 316,568 pounds of meat during the full term of the Agreement.

17. As a result of Bass Pro's breach of the Agreement, Big Pop's has suffered damages in excess of $75,000.

WHEREFORE, Plaintiff Big Pop's prays for judgment against Defendants Bass Pro and for damages in an amount to be established by the Court after hearing all the evidence, and such other relief as the Court deems just and proper.

Respectfully submitted,

**TAYLOR, STAFFORD, CLITHERO & HARRIS LLP**

By: */s/ Monte P. Clithero*
    Monte P. Clithero
    Missouri Bar No.: 27248
    mclithero@taylorstafford.com
    Shane C. Rader
    Missouri Bar No.: 72975
    srader@taylorstafford.com
    3315 E. Ridgeview, Suite 1000
    Springfield, Missouri 65804
    (417) 887-2020
    (417) 887-8431 (fax)
    **COUNSEL FOR PLAINTIFF**